McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, 10th Fl.
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-05-113 LKK |
|         Plaintiff, ) | |
| ) | **ORDER SETTING FUTURE STATUS** |
|   v. ) | **CONFERENCE AND EXCLUDING TIME** |
| ) | |
| SERGIO CURIEL, SR., et al., ) | |
| ) | |
|         Defendant. ) | |

A status conference was held in open court on Tuesday, April 26, 2005. All the defendants were present and represented by their attorneys with the exception that attorney Steve Bauer, who had Dina Santos, Esq. stand in as the attorney for Sergio Curiel, Jr. Attorney Peter Kmeto substituted in for attorney Kevin Clymo as the appointed counsel for defendant Celina Curiel.

At the request of the defense, the status conference was continued to June 1, 2005 at 9:30 a.m., to allow defense counsel time to review the voluminous discovery in the case and to allow Mr. Kmeto to get familiar with the case. The Court also excluded time under the Speedy Trial Act from April 26, 2005 to June 1, 2005, based on both a finding of case complexity - Local Code T(2)(given the number of defendants and long term conspiracy alleged in the

1 | indictment) and to allow reasonable time needed for the defense to
2 | review discovery - Local Code T(4).
3 |     IT IS SO ORDERED.
4 |     Dated: April 27, 2005

6 | /s/Lawrence K. Karlton
  | LAWRENCE K. KARLTON
7 | Senior U.S. District Judge