IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) CR. No. S-05-113 LKK
          Plaintiff, )
)
   v. )
) <u>TIME EXCLUSION ORDER</u>
SERGIO CURIEL, SR. et al. )
)
          Defendant. )
_____)

    Upon motion of both parties, the Court continues the next hearing in this case to August 2, 2005 at 9:30 a.m.. According to the counsel, there is voluminous discovery in this case. The case involves interception of wire communications. The continuance is necessary for counsel adequately to review the discovery provided by the government and to conduct further investigation in the case. Thus, the requested continuance is for effective and diligent preparation in a complex case. .

    The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii), 3161 (h)(8)(B)(iv) and time, therefore, will be excluded from June 1, 2005 through August 2, 2005.

DATE: June 1, 2005.           <u>/s/Lawrence K. Karlton</u>
                                             HON. LAWRENCE K. KARLTON
                                           U.S. DISTRICT JUDGE