IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )    CR. No. S-05-113 LKK
          Plaintiff,           )
                               )
     v.                        )
                               )    <u>TIME EXCLUSION ORDER</u>
SERGIO CURIEL, SR. et al.      )
                               )
          Defendant.           )
_____)

    Upon motion of both parties, the Court continues the next hearing in this case to October 25, 2005 at 9:30 a.m.. Two attorneys has recently entered the case and will shortly received discovery.  According to the counsel, there is voluminous discovery in this case.  The case involves interception of wire communications. The government will shortly provide translations/transcriptions of approximately 140 of the intercepted calls.  The  continuance is necessary for counsel adequately to review the discovery provided by the government and to conduct further investigation in the case.  Thus, the requested continuance is for effective and diligent preparation in a complex case. .

    The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii), 3161 (h)(8)(B)(iv) and time, therefore, will be excluded from August 2, 2005 through October 25, 2005.

DATE: August 3,2005                   /s/Lawrence K. Karlton
                                      HON. LAWRENCE K. KARLTON
                                      SENIOR U.S. DISTRICT JUDGE