IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                             )   CR. No. S-05-113 LKK
            Plaintiff,       )
                             )
        v.                   )
                             )   TIME EXCLUSION ORDER
SERGIO CURIEL, SR. et al.    )
                             )
            Defendant.       )
_____)

    Upon motion of both parties, the Court continues the next hearing in this case to January 10, 2006 at 9:30 a.m.  According to the counsel, there is voluminous discovery in this case.  The case involves interception of wire communications.  The government has provided translations/transcriptions of approximately 140 of the intercepted calls.  Moreover, there is approximately 20 hours of body wire tapes.  The government has met with defense counsel and agreed upon a format and procedure for the initial draft transcription/translation, but the process will take months to complete.  The  continuance is necessary for counsel adequately to review the discovery provided by the government and to conduct further investigation in the case.  Thus, the requested continuance is for effective and diligent preparation in a complex case. .

    The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §§

1  3161(h)(8)(A), 3161(h)(8)(B)(ii), 3161 (h)(8)(B)(iv) and time,
2  therefore, will be excluded from October 25, 2005 through January
3  10, 2006.

DATE:     October 27, 2005        /s/ Lawrence K. Karlton
                                  HON. LAWRENCE K. KARLTON
                                  U.S. DISTRICT JUDGE