IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                           )   CR. No. S-05-113 LKK
            Plaintiff,     )
                           )
     v.                    )
                           )   TIME EXCLUSION ORDER
SERGIO CURIEL, SR. et al.  )
                           )
            Defendant.     )
_____)

Upon motion of both parties, the Court continues the next hearing in this case to February 28, 2006 at 9:30 a.m. According to the counsel, the government has recently provided an additional several hundred pages of discovery (translated transcriptions of undercover recordings) and more transcripts are anticipated in the future as there are approximately 20 hours of body wire tape to be transcribed. The case involves interception of wire communications. The government has provided translations/transcriptions of approximately 140 of the intercepted calls. The continuance is necessary for counsel adequately to review the discovery provided by the government, go over the discovery with their respective clients and to conduct further investigation in the case. Thus, the requested continuance is for effective and diligent preparation in a complex case.

///

1    The Court finds that the interests of justice served by
2 granting this continuance outweigh the best interests of the
3 public and the defendant in a speedy trial.  18 U.S.C. §§
4 3161(h)(8)(A), 3161(h)(8)(B)(ii), 3161 (h)(8)(B)(iv) (local codes
5 T-2 and T-4) and time, therefore, will be excluded from January
6 10, 2006 through February 28, 2006.

DATE: January 11, 2006              /s/ Lawrence K. Karlton
                                    HON. LAWRENCE K. KARLTON
                                    U.S. DISTRICT JUDGE