IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )
                             )   CR. No. S-05-113 LKK
           Plaintiff,        )
                             )
     v.                      )
                             )   Continuance of Status Hearing
SERGIO CURIEL, SR. et al.    )
                             )
           Defendant.        )
_____)
```

Upon motion of both parties, the Court continues the next hearing in this case to July 25, 2006 at 9:30 a.m. for change of pleas and/or further status conference. According to the counsel, the parties are close to resolution of the majority of the remaining defendants in the case. The government needs time to prepare plea agreements, and defense counsel needs additional time to discuss such agreements with their respective clients. The parties believe that by July 25, 2006, the remaining defendants who wish to enter guilty pleas in the case will be fully prepared to do so.

This court has previously excluded time under the Speedy Trial Act until October 17, 2006 when the matter is set for jury trial.

DATE: June 30, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT