1   McGREGOR W. SCOTT
    United States Attorney
2   MARY L. GRAD
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California  95814
4   Telephone:  (916) 554-2763

5

6

7

8                IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )    CR. NO. S-05-113-LKK
                                 )
12                  Plaintiff,   )    FINAL ORDER OF FORFEITURE
                                 )
13           v.                  )
                                 )
14  SERGIO CURIEL, SR., and      )
    CELINA CURIEL,               )
15                               )
                    Defendants.  )
16  _____ )

17       WHEREAS, on November 2, 2006, this Court entered a Preliminary

18  Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a)

19  based upon the plea agreements entered into between plaintiff and

20  defendants Sergio Curiel, Sr. and Celina Curiel forfeiting to the

21  United States the following property:

22       a)  Real property located at 2249 Somerset Drive,
         Stockton, CA, APN: 171-280-41, and more fully described in
23       Exhibit A attached hereto;

24       b)  Real property located at 451 W. 9th Street, Stockton,
         CA, APN: 165-183-19, and more fully described in Exhibit B
25       attached hereto;

26       c)  Approximately $138,000.00 in U.S. Currency seized on
         or about March 10, 2005 from Bank of Stockton Safe Deposit
27       Box #289;

28       d)  Approximately $75,000.00 in U.S. Currency seized from

                                  1

1   a PT Cruiser, California License Number 5KAV268 at the
2   residence located at 2249 Somerset Avenue, Stockton,
    California on or about March 10, 2005, and

3   e)  Approximately $923.00 in U.S. Currency seized from the
    residence located at 2217 Somerset Drive, Stockton,
4   California on or about March 10, 2005.

5   AND WHEREAS, on December 13, 20, and 27, 2006, the United

6   States published notification of the Court's Preliminary Order of

7   Forfeiture in the Stockton Record (San Joaquin County), a newspaper

8   of general circulation located in the county in which the above-

9   described properties are located or were seized.  Said published

10  notice advised all third parties of their right to petition the

11  court within thirty (30) days of the publication date for a hearing

12  to adjudicate the validity of their alleged legal interest in the

13  forfeited properties;

14  AND WHEREAS, the United States sent direct written notice by

15  certified mail to Lloyd St. Mary, Bobbie Jean St. Mary, and Teresa

16  Isordia Sandoval;

17  AND WHEREAS, on or about December 2, 2006, Lloyd St. Mary and

18  Bobbie Jean St. Mary filed a Petition For Ancillary Hearing

19  regarding the real property located at 451 W. 9th Street, Stockton,

20  CA, APN: 165-183-19, as lien holders of the property.

21  AND WHEREAS, the Court has been advised that no other third

22  party has filed a claim to the subject properties, and the time for

23  any person or entity to file a claim has expired.

24  Accordingly, it is hereby ORDERED and ADJUDGED:

25  1.  A Final Order of Forfeiture shall be entered forfeiting to

26  the United States of America all right, title, and interest in the

27  above-listed properties pursuant to 21 U.S.C. § 853(a), to be

28  disposed of according to law, including all right, title, and

1  interest of Sergio Curiel, Sr. and Celina Curiel.

2      2.   Pursuant to the Stipulation for Expedited Settlement

3  approved by the Court on or about February 21, 2007, regarding the

4  real property located at 451 W. 9th Street, Stockton, CA, APN: 165-

5  183-19 (hereafter "the Property"), upon entry of this Final Order of

6  Forfeiture forfeiting the Property to the United States and sale of

7  the Property, the U.S. Marshals Service shall pay Lloyd St. Mary and

8  Bobbie Jean St. Mary from the proceeds of the sale, after payment of

9  outstanding taxes and expenses incurred by the U.S. Marshals Service

10 in connection with its custody and sale of the Property, the

11 following:

12          a.   All unpaid principal due to the petitioners

13               under the Deed of Trust recorded in San Joaquin

14               County, California, as instrument number

15               95029540, and dated March 30, 1995 and recorded

16               on March 31, 1995.  Said Deed of Trust secured

17               an Installment Note in the original amount of

18               $50,000.00 dated March 30, 1995.  As of November

19               6, 2006, the principal balance due and owing on

20               the Note was $24,039.92, together with accrued

21               interest, including, but not limited to,

22               insurance premiums and property taxes, if any,

23               advanced under the terms of the Deed of Trust.

24          b.   All unpaid interest at the contractual base rate (not

25               the default rate) under the above Note, secured by

26               the Deed of Trust, as of October 1, 2006, interest is

27               9% per annum, until the date of payment.

28          c.   Reasonable attorney's fees not to exceed $2,000.00.

       d.    A total fee of not more than $200 to process a beneficiary demand statement and to record a reconveyance of the Deed of Trust.

       e.    The exact amount to be paid to Lloyd St. Mary and Bobbie Jean St. Mary shall be determined at the time of payment, but shall not be less than the amounts set forth above.

3.  Payment to petitioners Lloyd St. Mary and Bobbie Jean St. Mary shall be in full settlement and satisfaction of all claims by Lloyd St. Mary and Bobbie Jean St. Mary to the Property indicted by the United States on or about March 17, 2005, and of all claims arising from and relating to the seizure, detention, and forfeiture of the Property.  The payment to Lloyd St. Mary and Bobbie Jean St. Mary shall not include any penalty payments, including any prepayment penalties.

4.  All right, title, and interest in the above-described properties shall vest solely in the name of the United States of America.

5.  The U.S. Marshals Service shall maintain custody of and control over the subject properties until they are disposed of according to law.

6.  Within forty-five days of entry of this Final Order of Forfeiture forfeiting the above-listed properties, the United States will release the Restraining Order on the Bank of Stockton bank account numbers 21-07567-0-00 and 23-17177-4-00, and the U.S.

///

///

///

1  Marshals Service will return the Man's 18K Rolex Oyster Watch to

2  defendants.

3        SO ORDERED THIS 5th day of June, 2007.

4

5

6

7                         LAWRENCE K. KARLTON
8                         SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

PROPERTY DESCRIPTION
(2249 Somerset Drive, San Joaquin County, Stockton, California)

LOT 31, TRACT NO. 908, MONTCLAIR TERRACE, UNIT NO. 1, IN
THE CITY OF STOCKTON, COUNTY OF SAN JOAQUIN, STATE OF
CALIFORNIA, AS PER MAP RECORDED IN VOL. 19 OF MAPS AND
PLATS, PAGE 25, IN THE OFFICE OF THE COUNTY RECORDER OF
SAID COUNTY.

APN: 171-280-41

**EXHIBIT B**

PROPERTY DESCRIPTION
(451 W 9th Street, San Joaquin County, Stockton, California)

LOT FOUR (4) OF CRABB TRACT, ACCORDING TO THE OFFICIAL MAP
THEREOF FILED FOR THE RECORD OCTOBER 11, 1916 IN VOL. 8 OF
MAPS AND PLATS, PAGE 8, SAN JOAQUIN COUNTY RECORDS.

APN: 165-183-19