PHILLIP A. TALBERT
United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

FEB 0 2 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:05-cr-00113-WBS |
|---|---|
| Plaintiff, | [Proposed] ORDER AUTHORIZING DESTRUCTION OF T-III ORIGINAL RECORDINGS |
| v. | |
| SERGIO CURIEL, SR., et al., | |
| Defendant. | |

Upon motion of the government, the case having been closed and good cause having been shown, it is hereby ORDERED that the Drug Enforcement Administration is authorized to destroy the original T-III recordings in the above referenced case.

It is so ORDERED, this 27th day of January, 2017.

_____
WILLIAM B. SHUBB
United States District Judge